Opinion filed June 28, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed June 28, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00129-CV 

                                                    __________

 

                                    DANIEL ESCATIOLA, Appellant

 

                                                             V.

 

                                   E.C.
WILLIAMS ET AL, Appellees

 



 

                                           On
Appeal from the 1-A District Court

 

                                                            Tyler
County, Texas

 

                                                   Trial
Court Cause No. 17,310

 



 

                                             M
E M O R A N D U M   O P I N I O N

On January 12, 2007, the trial court signed an
order dismissing appellant’s pro se suit. 
A motion for new trial was not filed. 
On March 28, 2007, appellant filed a notice of appeal.  On June 11, 2007, the clerk of this court
wrote the parties advising them that it appeared appellant had not timely
perfected an appeal and requesting that appellant respond on or before June 26,
2007, showing grounds for continuing the appeal.  








Appellant has responded by filing the following
pro se motions: “motion for new trial,” “motion for request for notice,” “motion
for pro se for attorney counsel,” “motion for review,” “motion to reinstate
under Texas Rule of Civil Procedure 165(a),” “motion to modify the judgment,”
and “motion suspension of enforcement of judgment and motion amount of bond
deposit or security.”  While appellant
expresses his frustration with the trial court and with the judicial system in
these motions, appellant fails to establish how he has invoked the jurisdiction
of this court.  All of appellant’s
arguments in these five motions plus the additional pro se motions filed prior
to our June 11 letter have been considered, and each is overruled.  All of appellant’s motions are overruled.

Appellant has not timely perfected an appeal
pursuant to Tex. R. App. P. 25.1,
26.1.  Therefore, the appeal is dismissed
for want of jurisdiction.

 

 

PER CURIAM

 

June 28, 2007

Panel
consists of:  Wright, C.J.,

McCall,
J., and Strange, J.